AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-mj-97 | Date and time warrant executed: *CST*<br>June 11, 2021 @ 1:39PM | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>Brian LambRa, Postal Inspector | | |

Inventory of the property taken and name(s) of any person(s) seized:

- Multiple merchandise bags
- Household item box
- Vacuum sealed Bags
- dryer sheets
- Plastic wrap
- fragrance spray
- lubricant
- 441.5 grams of white crystalline substance that field tested Positive for methamphetamine

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/14/22

_____
*Executing officer's signature*

M..K Pula. Postal Inspector
*Printed name and title*